1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   TELEPHONE:  (530) 895-3252
4  FAX:  (530) 894-8244

5  Attorneys for Plaintiff
   JAMES SANFORD
6
7  CATHERINE CORFEE, SBN 155064
   APARAJITO SEN, SBN 224248
   CORFEE STONE & ASSOCIATES
8  5441 FIAR OAKS BLVD., SUITE B-1
   CARMICHAEL, CA 95608
9  TELEPHONE: (916) 487-5441
   FAX: (916) 487-5440
10
11 Attorney for Defendant
   CAPITAL CITY RESTAURANTS, INC.
   dba TGI FRIDAY'S #1725
12
13
14              UNITED STATES DISTRICT COURT
15              EASTERN DISTRICT OF CALIFORNIA
16
17
18 JAMES SANFORD,                      Case No. CIV. S-05-0519 WBS JFM

19         Plaintiff,
                                       **ORDER TO CONTINUE STATUS**
20 v.                                  **CONFERENCE**

21 CAPITAL CITY RESTAURANTS, INC. dba
   TGI FRIDAY'S #1725; JOHN A FORSTER
22 AND LISA FORSTER, Trustees of the
   FORSTER FAMILY TRUST,
23
           Defendants.
24                                            /

25
26
27
28
   **STIPULATION TO CONTINUE STATUS**
   **CONFERENCE AND ORDER THEREON**                   Sanford v. TGI Friday's, et al.
                                    - 1 -            CIV. S-05-0519 WBS JFM

1
2  **ORDER**
3  **IT HAVING BEEN STIPULATED BETWEEN THE PARTIES, IT IS HEREBY**
4  **ORDERED** that the status conference be continued to July 5, 2005 at 9:00 a.m.
5
6
7  Dated: June 7, 2005
8
9  _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE