UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES SANFORD,

        Plaintiff,

   v.

CAPITAL CITY RESTAURANTS, INC.
dba TGI FRIDAY'S #1725; JOHN
A. FORSTER; DANIEL S. FORSTER
and DONNA FORSTER, Trustees of
the FORSTER FAMILY TRUST;
RICHARD M. FORSTER, Trustee of
the RICHARD M. FORSTER FAMILY
TRUST

        Defendants.

NO. CIV. S-05-0519 WBS JFM

MEMORANDUM AND ORDER
RE: MOTION TO AMEND COMPLAINT

----oo0oo----

        Plaintiff seeks to amend his complaint to add as defendants (1) John Forster in his individual capacity; (2) Richard M. Forster, Trustee of the Richard M. Forster Family Trust; and (3) Daniel S. Forster and Donna J. Forster, Trustees of the Forster Family Trust. Plaintiff would also dismiss John Forster and Lisa Forster in their capacities as Trustees of the Forster Family Trust. The Forsters' counsel acknowledged at the hearing that the complaint as amended would name the true owners of the relevant property as defendants. Plaintiff ultimately seeks injunctive relief and damages due to defendants' alleged violations of the Americans with Disabilities Act, the California

1

1  Disabled Persons Act, the Unruh Civil Rights Act, and California
2  Health and Safety Code § 19959.  This court has jurisdiction
3  pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.
4          The court issued a pretrial scheduling order on June
5  29, 2005.  Therefore, the governing standard the court applies to
6  determine if plaintiff may amend his complaint is not Federal
7  Rule of Civil Procedure 15(a), but Federal Rule of Civil
8  Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc. 975
9  F.2d 604, 607-08 (9th Cir. 1992)(once district court has issued a
10 pretrial scheduling order pursuant to Rule 16 establishing a
11 timetable for pleadings, the good cause standard of Rule 16
12 controls).  An order pursuant to Rule 16 "shall control the
13 subsequent course of the action unless modified by a subsequent
14 order."  Fed. R. Civ. P. 16(e).
15          The court finds good cause to permit plaintiffs to
16 amend their complaint to add the proper defendants.  Defendants
17 will not be prejudiced thereby.  This action was only filed in
18 March 2005, and discovery closes on March 31, 2006.  There is
19 thus sufficient time for the proper defendants to prepare their
20 cases.
21          IT IS THEREFORE ORDERED that plaintiff's motion to
22 amend the complaint be, and the same hereby is, GRANTED.
23 DATED: September 9, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE