CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BLVD., SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE:   (916) 487-5441
FACSIMILE:   (916) 487-5440

Attorneys for Capital City Restaurants, Inc. dba TGI Friday's #1725; John a Forster; Richard M. Forster, Trustee of the Richard M. Forster Trust; Daniel S. Forster and Donna J. Forster, Trustees of the Forster Family

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD<br><br>         Plaintiff,<br><br>v.<br><br>CAPITAL CITY RESTAURANTS, INC. dba TGI FRIDAY'S #1725; JOHN A. FORSTER; RICHARD M. FORSTER, Trustee of the RICHARD M. FORSTER TRUST; DANIEL S. FORSTER and DONNA J. FORSTER, Trustees of the FORSTER FAMILY TRUST<br><br>         Defendants. | Case No.:   05-CV-00519-WBS-JFM<br><br>NOTICE AND SUBSTITUTION OF ATTORNEY AND ORDER THEREON |

PLEASE TAKE NOTICE that Defendant, JOHN A. FORSTER, Trustees of the FORSTER FAMILY TRUST, substitutes Catherine Corfee of Corfee Stone & Associates, 5441 Fair Oaks Blvd, Suite B-1, Carmichael, CA 95608, (916) 487-5441 as its attorney of record in this action in the place of Julie Raney of McDonough Holland & Allen.

Date:   October 7, 2005          /s/ John A. Forster
                                 John A. Forster
                                 Trustee of the FORSTER FAMILY TRUST

I accept this substitution.

Date:   October 9, 2005          /s/ Catherine M. Corfee
                                 Catherine M. Corfee
                                 Corfee Stone & Associates

/ / /

- 1 -

1  I consent to the above substitution.

2  Date:   September 19, 2005           _/s/ Julie Raney_____
                                        Julie Raney
3                                       McDonough Holland & Allen

**ORDER**

IT IS HEREBY ORDERED that Catherine M. Corfee of Corfee Stone & Associates will substitute in for Julie Raney of McDonough Holland & Allen as attorney for Defendant John A. Forster, Trustee of the Forster Family Trust.

Dated: October 11, 2005

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -