1   CATHERINE M. CORFEE, SBN 155064
    CORFEE STONE & ASSOCIATES
2   5441 FAIR OAKS BLVD., SUITE B-1
    CARMICHAEL, CA 95608
3   TELEPHONE:   (916) 487-5441
    FACSIMILE:   (916) 487-5440
4

5   Attorneys for Capital City Restaurants, Inc. dba TGI
    Friday's #1725; John a Forster; Richard M. Forster,
    Trustee of the Richard M. Forster Trust; Daniel S. Forster
6   and Donna J. Forster, Trustees of the Forster Family

7

8                IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES SANFORD                    )   Case No.:  05-CV-00519-WBS-JFM
                                     )
12              Plaintiff,           )   **STIPULATION TO CONTINUE**
                                     )   **HEARING DATE FOR  MOTION TO**
13  v.                               )   **STAY THE ACTION UNTIL**
                                     )   **DEMOLITION OF PUBLIC**
14  CAPITAL CITY RESTAURANTS, INC. dba )  **ACCOMMODATION AND/OR TO**
    TGI FRIDAY'S #1725; JOHN A FORSTER; )  **DISMISS PLAINTIFF'S**
15  RICHARD M. FORSTER, Trustee of the )   **SUPPLEMENTAL STATE CLAIMS**
    RICHARD M. FORSTER TRUST; DANIEL )   **AND ORDER THEREON**
16  S. FORSTER and DONNA J. FORSTER, )
    Trustees of the FORSTER FAMILY TRUST. )  Date: December 12, 2005
17                                   )   Time: 1:30 p.m.
                Defendants.          )   Courtroom:  5
18  _____ )   Complaint Filed:  May 27, 2004
                                         Trial Date:  September 12, 2006
19
                                         Proposed Hearing Date: January 9, 2006
20
    TO THE COURT AND ALL PARTIES:
21
            On November 3, 2005, Defendants filed a Motion to Stay the Action until Demolition of
22
    Public Accommodation and/or to Dismiss Plaintiff's Supplemental State Claims.  The hearing
23
    date selected for this motion was December 12, 2005 at 1:30 p.m.  Due to a scheduling error,
24
    Defendants will not be available on this date.  The parties in this matter do hereby stipulate to
25
    continue the motion to **January 9, 2006 at 1:30 p.m in Department 5** of the above referenced
26
    court. The parties further stipulate that the dates for Plaintiff's opposition and Defendant's reply
27
    thereto shall also be continued.
28
    / / /

1

LAW OFFICE OF LYNN HUBBARD

2

3   Dated: November 14, 2005                By:  _/s/ Lynn Hubbard_____
                                                 LYNN HUBBARD,
4                                                Attorney for Plaintiff, James Sanford

5   Dated: November 11, 2005                CORFEE STONE & ASSOCIATES

6
                                           By:   _/s/ Catherine M. Corfee_____
7                                                CATHERINE M. CORFEE
                                                 Attorneys for Capital City Restaurants, Inc. dba TGI
8                                                Friday's #1725; John a Forster; Richard M. Forster,
                                                 Trustee of the Richard M. Forster Trust; Daniel S.
9                                                Forster and Donna J. Forster, Trustees of the Forster
                                                 Family
10

11                                     ORDER

12          It is hereby ordered that the Motion to Stay the Action until Demolition of Public

13   Accommodation and/or to Dismiss Plaintiff's Supplemental State Claims on calendar for

14   December 12, 2005 will be continued to January 9, 2006 at 1:30 p.m. in Department 5 of the

15   above referenced court as well as the opposition and reply dates thereto.

16   Dated: November 18, 2005

17

18   _____
     WILLIAM B. SHUBB
19   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

- 2 -

**STIPULATION TO CONTINUE HEARING**