1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  CATHERINE CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
   5441 Fair Oaks Boulevard, Suite B-1
8  Carmichael, CA 95608
   Telephone: (916) 487-5441
9  Fax: (916) 487-5440

10 Attorney for Defendant

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 JAMES SANFORD,                         Case No. CIV. S-05-00519-WBS-JFM

15      Plaintiff,

16 v.                                     **STIPULATION OF DISMISSAL AND
                                          [PROPOSED] ORDER THEREON**
17 CAPITAL CITY RESTAURANTS, INC.,et al,

18      Defendant.
                                       /
19

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, James Sanford and Defendants Capital City Restaurants, Inc. dba TGI Friday's #1725; John Forster; Richard M. Forster, Trustee of the Richard M. Forster Trust; and, Daniel S. Forster & Donna J. Forster, Trustees of the Forster Family Trust hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: February 28, 2007          LAW OFFICES OF LYNN HUBBARD, III


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: February 27, 2007          CORFEE STONE & ASSOCIATES


 /s/ Catherine Corfee
CATHERINE CORFEE
Attorney for Defendant


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-00519-WBS-JFM, is hereby dismissed with prejudice.

Dated:   February 28, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28